Union Trust Company, Administrator *de bonis non,* Appellant, vs. Wendt, Respondent.

For the appellant: *Field & Field* and *Nat P. Biart* of Madison.

For the respondent: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.

Neumann, Respondent, vs. Wisconsin Public Service Corporation, Appellant.

For the appellant: *North, Parker, Bie, Duquaine, Welsh & Trowbridge,* attorneys, and *Samuel D. Hastings,* of counsel, all of Green Bay.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Arthur B. Doe,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

Kelly, Respondent, vs. Byram and others as Receivers, Appellants.

For the appellants: *H. J. Killilea* and *Rodger M. Trump* of Milwaukee and *Bogue & Sanderson* of Portage.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Order and judgment affirmed.